■ HARVEY SIMPSON et al., Respondents-Appellants, v SUTTON EAST ASSOCIATES 86, Appellant-Respondent, and COUSINS CONTRACTING CORP. et al., Respondents, et al., Defendants. [635 NYS2d 465] —Order, Supreme Court, New York County (Joan

Lobis, J.), entered May 16, 1995, unanimously affirmed for the reasons stated by Lobis, J., without costs and disbursements. No opinion. Concur—Rosenberger, J. P., Rubin, Asch and Williams, JJ.